IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 98-20044
Conference Calendar

———————————

THOMAS P. BUDNICK,

                                        Plaintiff-Appellant,

versus

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-97-CV-3332
- - - - - - - - - -
December 9, 1998

Before DAVIS, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Thomas P. Budnick appeals the district court's dismissal, as frivolous, of his <u>in forma pauperis</u> (IFP) complaint against the National Aeronautics and Space Administration (NASA).  We have reviewed the record and Budnick's brief and find no reversible error.  <u>See</u> <u>Budnick v. Nat'l Aeronautics and Space</u> <u>Admin.</u>, No. H-97-CV-3332 (S.D. Tex., Dec. 19, 1997).  The appeal is DISMISSED as frivolous.  5TH CIR. R. 42.2.  Budnick's motion is DENIED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH Cir. R. 47.5.4.